**Order issued February 25, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00542-CR**

---

**CANTRELL LAMONT SPEARS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Bridges, Fillmore, and Brown

Based on the Court's opinion of this date, we **GRANT** the September 24, 2014 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Cantrell Lamont Spears, TDCJ No. 1926269, Cole State Jail, 3801 Silo Road, Bonham, Texas, 75418.

/Ada Brown/
ADA BROWN
JUSTICE